No. 28.   FOTI *v.* IMMIGRATION AND NATURALIZATION SERVICE.   Certiorari, 371 U. S. 947, to the United States Court of Appeals for the Second Circuit.   The motion of the Association of Immigration and Nationality Lawyers for leave to file a brief, as *amicus curiae,* is granted.   The motion for leave to participate in the oral argument is denied.   *Jack Wasserman* and *David Carliner* on the motions.

No. 61.   MEYER *v.* UNITED STATES.   Certiorari, 372 U. S. 934, to the United States Court of Appeals for the Second Circuit.   The motion of Lillian Wintner for leave to file a brief, as *amicus curiae,* is granted.   *Richard Katcher* on the motion.

No. 71.   FEDERAL POWER COMMISSION *v.* SOUTHERN CALIFORNIA EDISON CO. ET AL.; and
No. 73.   CITY OF COLTON *v.* SOUTHERN CALIFORNIA EDISON CO. ET AL.   Certiorari, 372 U. S. 958, to the United States Court of Appeals for the Ninth Circuit.   The motion of American Public Power Assn. for leave to file a brief, as *amicus curiae,* is granted.   *Northcutt Ely* and *C. Emerson Duncan II* on the motion.   *Harry W. Sturges, Jr.* and *Boris H. Lakusta* for Southern California Edison Co., and *J. Thomason Phelps* for Public Utilities Commission of California, respondents, in opposition to the motion.

No. 75.   ARO MANUFACTURING CO., INC., ET AL. *v.* CONVERTIBLE TOP REPLACEMENT CO., INC.   Certiorari, 372 U. S. 958, to the United States Court of Appeals for the First Circuit.   Further consideration of the motion of respondent to settle the record is postponed to the hearing of the case on the merits.   *Elliott I. Pollock* on the motion.   *David Wolf* and *Charles Hieken* for petitioners in opposition to the motion.